United States Court of Appeals
Fifth Circuit

**F I L E D**

**April 28, 2004**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 03-51050
Summary Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

KEVIN MARK MCQUISTION,

                                        Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Western District of Texas
USDC No. MO-03-CR-52-1
--------------------

Before REAVLEY, JOLLY and DENNIS, Circuit Judges.

PER CURIAM:[*]

     Kevin Mark McQuistion appeals from his conditional guilty-
plea conviction for conspiracy to manufacture methamphetamine.
McQuistion argues that the district court erred in denying his
motion to suppress evidence found in a refrigerator and microwave
located on the premises of the Basin Welding Supply Company.  The
record shows that Charles Joyce, an owner of the Basin Welding
Supply Company, had common authority to consent to the police
search.  See United States v. Shelton, 337 F.3d 529, 531-32 (5th

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

Cir. 2003), <u>petition for cert. filed</u>, 72 U.S.L.W. 3393 (U.S. Nov. 24, 2003) (No. 03-781).  As a result, the district court correctly denied McQuistion's motion to suppress evidence.

AFFIRMED.